11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Brad Farris,                                    * From the County Court at
                                                  Law No. 2 of Midland County,
                                                  Trial Court No. CV25,279.

Vs. No. 11-11-00342-CV                          * August 30, 2013

Estate of Ella Christine Farris,                * Memorandum Opinion by Wright, C.J.
                                                  (Panel consists of: Wright, C.J.,
                                                  McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is modified to show that Kimberly Ann Hutchins, as independent executor of the Estate of Ella Christine Farris, is entitled to possession of the real property at 3202 Camarie, Midland, Texas; as modified, the judgment of the trial court is affirmed. The costs incurred by reason of this appeal are taxed against Brad Farris.